Brian J. Pezzillo, Esq.
Nevada Bar 7136
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Defendant*
*Dollar General Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND PELOSI, an individual; UNITED STORAGE TECHNOLOGIES, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR GENERAL CORPORATION, a Tennessee Corporation; JOHN DOES 1 – 10; ROE CORPORATIONS 1 – 10.<br><br>Defendant, | Case No.: 2:20-cv-01635-RFB-EJY<br><br>**NOTICE OF APPEARANCE AND MOTION FOR EXTENSION OF TIME TO COMPLY WITH PROVISIONS OF LR IA 11-2** |

The law firm of Howard & Howard Attorneys, PLLC enters its appearance as local counsel for Defendant DOLLAR GENERAL CORPORATION. This matter was commenced on September 3, 2020 by Plaintiff. [Doc. 1][1]. On October 20, 2020 a Waiver of Service was filed with the Court [Doc. 9] which places the date upon which a responsive pleading is due as December 19, 2020. The following day the Court issued a Notice to Defendant's attorney, Michael Hickey, to comply with the *pro hac vice* admissions requirements of LR IA 11-2. [Doc. 10]. The deadline for compliance with LR IA 11-2 is currently set for November 4, 2020 [Doc. 10]. Below signed counsel has been retained to act as local counsel for Mr. Hickey. Mr. Hickey timely requested and is awaiting certificates of good standing from his licensing jurisdictions to submit to this Court in support of his application to appear in this matter.

---

[1] All references to "Doc" refer to the document as listed on the Court's docket.

1

Due to the fact that the certificates of good standing have not yet been received, Defendant Dollar General Corporation requests an extension of ten (10) days for Mr. Hickey to comply with the requirements of LR IA 11-2.  This extension will not delay the proceeding as the initial response from Defendant is not due until December 19, 2020.

Accordingly, it is respectfully requested that Defendant's counsel, Michael Hickey, be granted an extension until November 16, 2020 to comply with LR IA 11-2.[2]

Dated this 3rd day of November, 2020.

**Howard & Howard Attorneys PLLC**

 /s/ Brian J. Pezzillo
Brian J. Pezzillo, Esq.
Nevada Bar No. 7136
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Defendant*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2020

---

[2] The requested 10-day extension would establish the date for compliance with LR IA 11-2 on November 14, 2020 – a Saturday, thus it is requested that Monday, November 16, 2020 be set as the date of compliance.

2