Brian J. Pezzillo, Esq.
Nevada Bar 7136
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Defendant*
*Dollar General Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND PELOSI, an individual; UNITED STORAGE TECHNOLOGIES, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR GENERAL CORPORATION, a Tennessee Corporation; JOHN DOES 1 – 10; ROE CORPORATIONS 1 – 10.<br><br>Defendant, | Case No.: 2:20-cv-01635-RFB-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING DEADLINES** |

COMES NOW Defendant Dollar General Corporation ("Defendant" or "Dollar General"), by and through undersigned counsel, and Plaintiffs Raymond Pelosi and United Storage Technologies Inc. ("Plaintiffs"), by and through their undersigned counsel respectfully submit this Stipulation to Continue Briefing Deadlines as follows:

1. Defendant Dollar General filed a Motion to Dismiss and Memorandum of Points and Authorities in Support thereof ("Motion ") [ECF 18] on December 21, 2020.

2. Plaintiffs filed a Response in Opposition to the Motion and Counter-Motion for Leave to Amend Complaint (collectively "Response") on January 11, 2021 [ECF 21];

3. Plaintiffs re-filed the Response to Defendant Dollar General's Motion on January 12, 2021 [ECF 23].

4. The reply in Support of Plaintiff Dollar General's Motion [ECF 18] is currently due on January 18, 2021.

HOWARD & HOWARD ATTORNEYS PLLC

1

5.      The Response in opposition to Plaintiffs' Counter-Motion to Amend Complaint [ECF 23] is current due on January 26, 2021.

6.      The Parties have conferred and agree that for purposes of efficiency, and due to scheduling issues of the parties, the deadline for Defendant Dollar General to submit its reply in support of its Motion [ECF 18] should be extended to January 26, 2021, the same day as the response in opposition to the Counter-Motion to Amend Complaint [ECF 23] is due.

[remainder of page left intentionally blank]

7.      This stipulation does not effect any other pre-trial and/or scheduling dates and there is no hearing date currently scheduled on any pending motion.

Dated this 14th day of January, 2021.

**Howard & Howard Attorneys PLLC**

*/s/ Brian J. Pezzillo*
Brian J. Pezzillo, Esq.
Nevada Bar No. 7136
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

Michael J. Hickey
*Pro hac vice*
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, MO  63101

*Attorneys for Defendant Dollar General Corporation*

Dated this 14th day of January, 2021

*/s/ Evan Schwab*
Evan D. Schwab, Esq.
Nevada State Bar 10984
SCHWAB LAW FIRM PLLC
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, NV 89113
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 14th day of January, 2021.