Evan D. Schwab (NV Bar No. 10984)
Email: evan@schwablawnv.com
**SCHWAB LAW FIRM PLLC**
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
T: 702-761-6438
F: 702-921-6443

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND PELOSI, an individual; UNITED STORAGE TECHNOLOGIES INC., a Nevada Corporation<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, a Tennessee Corporation; JOHN DOES 1 – 10; ROE CORPORATIONS 1 – 10.<br><br>Defendant. | Case No. 2:20-cv-01635-RFB-EJY<br><br>**Joint Status Report** |

Plaintiffs Raymond Pelosi and United Storage Technologies Inc. ("Plaintiffs"), by and through their attorneys Evan D. Schwab, Esq. of Schwab Law Firm PLLC ("SLF") and Defendant Dollar General Corporation ("Defendant"), by and through their attorneys Michael J. Hickey, Esq. of Lewis Rice, hereby file this Joint Status Report as follows.

On October 16, 2021 the Court entered a Minute Order in Chambers [ECF 33] acknowledging the filing of the Joint Status Report by the Parties on October 14, 2021 [ECF 32] and directing that the Parties "file settlement documents, stipulation for dismissal or joint status report within fourteen days."

Since that time, the Parties have worked diligently to resolve this case. The Parties reached agreement on the material terms of the settlement and are in the process of preparing the Settlement and Release Agreement ("Settlement Agreement"). Pre-existing trial schedules, client availability, vacation schedules and the like have made

completing the Settlement Agreement and executing the same difficult within the given window of time.

The Parties respectfully request an additional two weeks to draft, finalize and obtain the necessary signatures to the Settlement Agreement.

| | |
|---|---|
| Dated this 1st day of November 2021 | Dated this 1st day of November 2021 |
| Schwab Law Firm PLLC | Lewis Rice |
| /s/ *Evan Schwab* | /s *Michael Hickey* |
| Evan D. Schwab (NV Bar No. 10984)<br>7455 Arroyo Crossing Pkwy., #220<br>Las Vegas, Nevada 89113<br>E: evan@schwablawnv.com<br>T: 702-761-6438<br>F: 702-921-6443 | Michael J. Hickey (MO Bar No. 63101)<br>600 Washington Avenue, Suite 2500<br>St. Louis, Missouri 63101-1311<br>E: evan@schwablawnv.com<br>T: 702-314-444-7630<br>F: 314-612-7630 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

APPROVED:

DATED this 2nd day of November, 2021.

_____
RICHARD F. BOULWARE, II
United States District Judge

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the foregoing ***Joint Status Report*** was served electronically using the CM/ECF system on the 1st day of November 2021 to the following parties registered for electronic service in this matter:

    Brian J. Pezzillo, Esq.

    c/o Howard & Howard Attorneys PLLC

    3800 Howard Hughes Parkway, Suite 1000

    Las Vegas, Nevada 89169

    E: bpezzillo@howardandhoward.com

    Michael J. Hickey, Esq.

    c/o Lewis Rice LLC

    600 Washington Avenue, Suite 2500

    St. Louis, Missouri 63101

    E: MHickey@lewisrice.com

*/s/ Dana Spahic*
_____
An Employee of Schwab Law Firm PLLC